# First District Court of Appeal
## State of Florida

_____

No. 1D2022-2365
_____

GARRETT J. DYALS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
David W. Fina, Judge.

February 29, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.